IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRENT R. MILLER, Individually and as the personal Representative of the Estate of JEHRID and ANGELA MILLER, et al.<br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>PIPER AIRCRAFT, INC. f/k/a THE NEW PIPER AIRCRAFT CORPORATION, et al.<br>　　　　　Defendants. | :<br>:<br>:<br>:<br>　　CIVIL NO. 08-5961<br>:<br>:<br>: |

ORDER

AND NOW, this 14th day of April, 2009, upon consideration of: Plaintiff's Motion to Remand; Defendant Textron Inc.'s Response thereto; and, Defendant Textron's Supplemental Brief, it is hereby ORDERED and DECREED that said Motion is GRANTED and the above-captioned matter shall be remanded to the Philadelphia Court of Common Pleas.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　　　　　/s/ C. Darnell Jones   II      J.